UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LARRY DAVIS**                                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                                            **NO. 23-2633**

**STATE OF LOUISIANA**                                                                                    **SECTION "D"(1)**

## REPORT AND RECOMMENDATION

Petitioner, Larry Davis, filed with this Court a document he styled as a "Petition for a Writ of Habeas Corpus." Rec. Doc. 1. On July 20, 2023, the Clerk then issued a Notice of Deficient Filing directing petitioner to (1) either pay the required filing fee or submit an application to proceed *in forma pauperis* and (2) resubmit his pleading on the Court's approved form for habeas corpus petitions. Rec. Doc. 2. Petitioner did not respond.

On August 31, 2023, the undersigned then issued an order directing petitioner to either pay the required filing fee or submit an application to proceed *in forma pauperis* on or before September 20, 2023. He was warned that if he failed to comply with that order, the undersigned would recommend that this matter be dismissed. Rec. Doc. 3. Again, petitioner did not respond.

Because petitioner has not paid the filing fee or submitted an application to proceed *in forma pauperis* in connection with the instant pleading, it was not properly filed. Accordingly, it should be dismissed. See, e.g., Searls v. Cain, Civ. Action No. 08-928, 2008 WL 1745142 (E.D. La. Apr. 10, 2008).

## RECOMMENDATION

It is therefore **RECOMMENDED** that the federal application for habeas corpus relief filed by Larry Davis be **DISMISSED WITHOUT PREJUDICE**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).[1]

New Orleans, Louisiana, this  22nd  day of September, 2023.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Douglass referenced the previously applicable ten-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.