UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2633** |
| **LOUISIANA STATE** | **SECTION: D (1)** |

## ORDER AND REASONS

The Court, having considered Plaintiff Larry Davis's 28 U.S.C. § 2254 Petition,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Larry Davis's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 28 U.S.C. § 2254 claims alleged in the Petition[5] against Defendant State of Louisiana are **DISMISSED, without prejudice,** for failure to either pay the required filing fee or submit an application to proceed *in forma pauperis*, as stated in the Report and Recommendation.

New Orleans, Louisiana, October 24, 2023.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 1.
[2] R. Doc. 4.
[3] Objections were due October 6, 2023. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).
[5] R. Doc. 1.